# United States District Court
# for the Southern District of Georgia
# Waycross Division

PATRICIA KENNEDY,

    Plaintiff,

v.

GAYATRI CORPORATION d/b/a WESTERN HOTEL,

    Defendant.

CV 520-041

## ORDER

Before the Court is Plaintiff's motion to appear telephonically or via video teleconference ("VTC") for the motion hearing scheduled for February 16, 2021. Dkt. No. 16. After consideration, and for good cause shown, the motion is **GRANTED**. Plaintiff and her counsel may appear at the hearing via VTC. Instructions for appearing via VTC will be forthcoming. Defendant and its counsel may appear via VTC or in person.

**SO ORDERED**, this 8 day of February, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA