UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

Case No. 5:20-cv-41-LGW-BWC

PATRICIA KENNEDY,
    Plaintiff,

v.

GAYATRI CORPORATION
d/b/a Western Hotel,
    Defendant
_____/

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that the Parties have reached an amicable resolution in the above matter in principle. The Parties will file papers necessary to dismiss this action with prejudice once the Parties finalize the settlement documents, which they reasonably expect to do not later than 20 days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines, with the expectation that a Notice of Dismissal with Prejudice as to all claims and all parties will be filed within 20 days.

Dated this 15th day of February, 2021.

    Respectfully Submitted,
    Attorneys for Plaintiff
    Kathy L. Houston, Esq., Of Counsel
    THOMAS B. BACON, P.A.
    15321 S. Dixie Highway, Suite 205
    Miami, FL 33157
    Tel: (305) 420-6609
    Fax: (786) 441-4416
    Email: courtdocs@houstonlawfl.com

    By:_____/s/ Kathy L Houston_____
    Kathy L. Houston, Esq.

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that the foregoing document is being served this 15th day of February, 2021, on counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Joseph T. Rhodes, co-counsel for Plaintiff, jrhodes@hunterrhones.com, rhodes.joseph@gmail.com

Gayatri Corporation, defendant, c/o Jim McGee, Esq., jim@mcgeeandmcgee.com

 /s/ *Kathy L. Houston* _____ .
Kathy L. Houston, Esq.