UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

Case No. 5:20-cv-41-LGW-BWC

PATRICIA KENNEDY,

    Plaintiff,

v.

GAYATRI CORPORATION
d/b/a Western Hotel,

    Defendant
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Patricia Kennedy, by and through undersigned counsel, hereby gives notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses any and all claims against Defendant, Gayatri Corporation d/b/a Western Hotel, with prejudice.

Respectfully Submitted this 8th day of April 2021.

                      Attorneys for Plaintiff

                      */s/ Kathy L. Houston*           .
                      Kathy L. Houston, Esq.
                      Email: courtdocs@houstonlawfl.com

                      Kathy L. Houston, Of Counsel, *Pro Hac Vice*
                      THOMAS B. BACON, P.A.
                      15321 S. Dixie Highway, Suite 205
                      Miami, FL 33157
                      Tel: 305-420-6609    Fax 786-441-4416
                      Email: Courtdocs@houstonlawfl.com

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that the foregoing document is being served this 8th day of April, 2021, on counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Gayatri Corporation, defendant, c/o Jim McGee, Esq., jim@mcgeeandmcgee.com;
Joseph T. Rhodes, Esq., co-counsel for Plaintiff, jrhodes@hunterrhodes.com; rhodes.joseph@gmail.com

                                              /s/ *Kathy L. Houston*                              .
                                              Kathy L. Houston, Esq.